IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF:<br>information associated with<br>"jacques.monsi@gmail.com that is stored<br>at premises controlled by Google, Inc. | *<br>*<br>*<br>*   MISC. NO. MJ 09-0053-M<br>*<br>*   (UNDER SEAL) |

### PROPOSED ORDER

IT APPEARING that prior notice of this Order to any person of this investigation or this application and Order entered in connection therewith would seriously jeopardize the investigation;

IT IS ORDERED that the application and this Order are sealed until otherwise ordered by the Court and Google Inc. shall not disclose the existence of the search warrant, the application, or this Order of the Court, or the existence of the investigation, to the listed subscriber or to any other person, unless and until authorized to do so by the Court.

**SO ORDERED** this 6th day of May, 2009.

_____
BERT W. MILLING, JR.
United States Magistrate Court Judge