```
           IN THE UNITED STATES DISTRICT COURT FOR THE
                   SOUTHERN DISTRICT OF ALABAMA
```

UNITED STATES OF AMERICA       *
                               *
VS.                            *   CRIMINAL NO. 09-00186-WS
                               *
JACQUES MONSIEUR               *


ORDER CONCERNING INITIAL APPEARANCE
ON AN INDICTMENT/INFORMATION

On August 29, 2009, Defendant Jacques Monsieur, arrested on August 28, 2009, appeared before the United States Magistrate Judge.  Counsel appeared as follows:

Maria Murphy                       for  Government

Arthur Madden (retained)           for  Defendant

The Court advised the Defendant of the indictment against the Defendant; of the right to retain counsel or to request that counsel be appointed if the Defendant cannot obtain counsel; of the circumstances, if any, under which the Defendant may secure pretrial release; of the right not to make a statement and that any statement may be used against the Defendant; of the right to reasonable opportunity to consult with counsel; and that the judge must detain or release the Defendant as provided by statute and the Federal Rules of Criminal Procedure.

The Court **ORDERED** the Defendant temporarily detained.

This action is set for an arraignment and a detention hearing on September 2, 2009 at **2:00 p.m. in Courtroom** 3B, U.S. Courthouse, 113 St. Joseph Street, Mobile, Alabama.

DONE this 29th day of August, 2009.

s/KATHERINE P. NELSON
UNITED STATES MAGISTRATE JUDGE