AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

__SOUTHERN__   District of   __ALABAMA__

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No.  CR 09-00186-WS |
| | ) |
| JACQUES MONSIEUR | ) |
| *Defendant* | ) |

**ORDER SCHEDULING A DETENTION HEARING**

A detention hearing in this case is scheduled as follows:

| Place: | United States Courthouse<br>113 St. Joseph Street<br>Mobile, Alabama 36602 | Courtroom No.: | **3B** |
|---|---|---|---|
| | | Date and Time: | **September 2, 2009 at 2:00 p.m.** |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   August 29, 2009

s/KATHERINE P. NELSON
*Judge's signature*

UNITED STATES MAGISTRATE JUDGE
*Printed name and title*