# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | |
| v. | \* | Criminal Action 09-00186-WS |
| **JACQUES MONSIEUR** | \* | |

# ORDER TO PRODUCE PRISONER

To:   The United States Marshal or either of his deputies:

You are directed to produce **Jacques Monsieur** before the United States District Court in **Courtroom 3B** on the **10th day of September, 2009 at 2:00 p.m.**

 

**BERT W. MILLING, JR.**
UNITED STATES DISTRICT JUDGE

BY:   s/Sandra Rey
                Deputy Clerk

September 2, 2009