AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama

10746-003
0903-0828-1545-J
F10# 1755-495
ICE

AUG 27 '09 PM 2:47 USMS SAL

United States of America
v.
JACQUES MONSIEUR

)
)
) Case No. 09-00186-WS
)
)
)

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JACQUES MONSIEUR,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

CONSPIRACY TO EXPORT MERCHANDISE FROM THE UITED STATES
EXPORTING MUNITIONS FROM THE UNITED STATES
SMUGGLING GOODS FROM THE UNITED STATES
MONEY LAUNDERING

Date: 08/27/2009

*Claurie Roberts*
*Issuing officer's signature*

City and state: MOBILE, ALABAMA

CHARLES R. DIARD, JR., CLERK
*Printed name and title*

---

### Return

This warrant was received on *(date)* 8-27-2009, and the person was arrested on *(date)* 8-28-2009
at *(city and state)* New York, NY.

Date: 8-29-2009

*Arresting officer's signature*

Angelo Fermo - ICE Special Agent
*Printed name and title*