AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

*10746-003*

for the

*0903-0828-1545-J*

Southern District of Alabama

*F10# 1755-495*

*ICE*

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JACQUES MONSIEUR | ) |
| | ) Case No.   09-00186-WS |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    JACQUES MONSIEUR                                        ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

CONSPIRACY TO EXPORT MERCHANDISE FROM THE UITED STATES
EXPORTING MUNITIONS FROM THE UNITED STATES
SMUGGLING GOODS FROM THE UNITED STATES
MONEY LAUNDERING

Date:    08/27/2009

*Claire Roberts*
*Issuing officer's signature*

City and state:    MOBILE, ALABAMA

CHARLES R. DIARD, JR., CLERK
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 8-27-2009 , and the person was arrested on *(date)* 8-28-2009 at *(city and state)* New York, NY . |
| Date: 8-29-2009 |

*Arresting officer's signature*

*Angelo Fermo – ICE Special Agent*
*Printed name and title*