UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| | ) |
| **v.** | ) |
| | ) |
| | ) Criminal No.   09-186-WS |
| **Jacques Monsieur,** | ) |
| | ) |
| **Defendant.** | ) |

## MOTION TO EXTEND TIME WITHIN WHICH TO FILE
## PRETRAIL NOTICES AND MOTIONS

NOW COMES the defendant and moves the court to extend until October 5, 2009 the time within which the defendant may file pretrial motions and notices as set out the order at arraignment. (Doc. 30)  Discovery is voluminous and some of the information needed for the defense lies outside the jurisdiction of the court. The government does not object to the extension of time.

WHEREFORE the defendant prays that the court will extend to October 5, 2009 the time within which he may file pretrial motions and notices, and grant such other and further relief as he may be entitled to receive the premises considered.

     _/s/__ Arthur J. Madden,  III
Arthur J. Madden,  III
madda0656
Attorney for Defendant
465 Dauphin Street
Mobile, Alabama  36602
(251) 432-0380
ajmadden@bellsouth.net

## CERTIFICATE OF SERVICE

      I hereby certify that on September 21, 2009 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA Gregory Bordenkirker, Esq.

                                                         /s/    Arthur J. Madden, III
                                                   Arthur J. Madden III