AO 93  (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed:<br>09/02/2009 | Copy of warrant and inventory left with:<br>Kelli Untiedt, Google Legal Support |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

  (1) One CD related to the E-mail account.  CD contained:
      - All e-mails related to the account for the dates requested
      - List of all e-mail contacts

O9-186

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

_____      9/23/09
U.S. Judge or Magistrate                Date

Date: Sept 28, 2009

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

I. **Search Procedure**

    A. The search warrant will be presented to Google Inc. ("Google") personnel who will identify the accounts and files to be searched, described in Section II, below.

    B. Google personnel will then create an exact electronic duplicate of these accounts and files ("the account duplicate").

    C. Google personnel will provide the account duplicate to law enforcement personnel.

    D. Using technology and techniques reasonable available to them, law enforcement personnel will then search the account duplicate for the records and data to be seized, described in Section III, below.

    E. Law enforcement personnel will make an electronic copy of the records and data described in Section III found on the account duplicate ("the seized records data").

    F. Law enforcement personnel will then seal the account duplicate and not examine it again without further judicial authorization.

II. Accounts and Files to Be Copied by GOOGLE/GMAIL Personnel

    A. All electronic communications, images, and data files associated with the e-mail addresses or accounts designated Jacques.monsi@gmail.com for the period May 1, 2009 to present

    B. All transactional records for the E-mail addresses or accounts designated Jacques.monsi@gmail.com for the period May 1, 2009 to present including:

    1. Subscriber information for the accounts designated Jacques.monsi@gmail.com:

        a. Name(s) and e-mail address(es);
        b. Address(es);
        c. Records of session times and durations;
        d. Length of service (including start date) and types of service utilized;
        e. Telephone instrument number of other subscriber number or identity, including any temporary assigned network address;
        f. The means and source of payment for such service (including any credit card or bank account number); and
        g. The Internet Protocol address used by the subscriber to register the account or otherwise initiate service.

    2. User connection logs for any connections to or from the account including:

      a. Connection time and date;

      b. Disconnect time and date;

      c. The IP address that was used when the user connected to the service;

      d. Source and destination of any electronic mail messages sent from or received by the account, and the date, time, and length of the message; and

      e. Any address to which electronic mail was or is to be forwarded from the account or e-mail address.

**III. Records and Data to be Searched and Seized by Law Enforcement Personnel**

A. All electronic communications, images, and data, <u>for the period May 1, 2009 to present</u> relating to:

1. Electronic mail and other content identifying in any manner the user(s) of the email account;

2. Electronic mail and other content relating to orders for goods technology, or services of U.S. origin and the end-user or potential use for those items of services;

3. electronic mail and other content referring to any manner to, or reflecting, any transaction or prospective transaction in violation of the International emergency economic Powers Act, 50 U.S.C. 1705, or the Iranian Transactions Regulations, 31 C.F.R. 560.203 and 560.204;

      B.  All of the transactional records described in Section II (B).