```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

UNITED STATES OF AMERICA          :

vs.                               :     CRIMINAL ACTION 09-00186-WS

JACQUES MONSIEUR                  :

ORDER TO PRODUCE

The United States Marshal or his Deputy is **ORDERED** to produce Defendant Jacques Monsieur at **8:30 a.m. on Wednesday, October 14, 2009, in Courtroom 3B,** for a pretrial conference.

DONE this 13th day of October, 2009.

                                        s/BERT W. MILLING, JR.
                                        UNITED STATES MAGISTRATE JUDGE