UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal No.   NO. 09-186-WS |
| Jacques Monsieur, | ) |
| Defendant. | ) |

### WAIVER OF SPEEDY TRIAL

NOW COMES the defendant and gives notice that he waives his right to speedy trial for the delay occasioned by the continuance of the matter to the December, 2009 trial term.

Dated October 14, 2009.

_____
Jacques Monsieur

_____
Arthur J. Madden, III
MADDA0656
Attorney for Defendant
465 Dauphin Street
Mobile, Alabama  36602
(251) 432-0380

## CERTIFICATE OF SERVICE

    I hereby certify that on October 14, 2009 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA Gregory Bordenkircher, 63 South Royal Street, Suite 600, Mobile, Alabama 36602.

                                                               Arthur J. Madden III