```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

UNITED STATES OF AMERICA         :

vs.                              :   CRIMINAL ACTION 09-00186-WS

JACQUES MONSIEUR                 :

<u>PRETRIAL CONFERENCE ORDER</u>

A pretrial conference was held this date before the undersigned Judge.  Present at this conference were Defendant, Jacques Monsieur; Arthur J. Madden, III, counsel for Defendant; and Assistant U. S. Attorney Gregory Bordenkircher, counsel for the Government.

At the pretrial conference, counsel for Defendant requested that this action be continued to the December 2009 criminal term and counsel for the Government had no objection.  Subsequent to the pretrial, Mr. Madden filed an unopposed Motion to Continue (Doc. 40), which will be granted by separate Order.

Pending is Defendant's Further Motion to Extend Time Within Which to File Pretrial Notices and Motions (Doc. 38), which is hereby **GRANTED,** without objection from the United States.  The date to file pretrial motions is **EXTENDED** to **October 30, 2009**.

DONE this 14th day of October, 2009.

<u>s/BERT W. MILLING, JR.</u>
UNITED STATES MAGISTRATE JUDGE
