IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA        :

vs.                             :       CRIMINAL ACTION 09-00186-WS

JACQUES MONSIEUR                :

ORDER

On October 14, 2009, Defendant filed a Motion to Continue this action from the November 2009 trial term (Doc. 40).  As grounds for the motion, Arthur J. Madden, III, counsel for Defendant, stated that the discovery in this action is voluminous and the legal issues are complex.  Furthermore, there are still some outstanding discovery issues.

After consideration of the motion and after conferring with Mr. Madden, Defendant, and counsel for the United States at the pretrial conference this date, and the United States having no objection to a continuance, the Court is persuaded that the ends of justice outweigh the best interests of the public and the Defendant in a speedy trial.  Accordingly, the motion is **GRANTED** and the trial is hereby **CONTINUED** to the December 2009 criminal term, commencing with jury selection on **November 30, 2009[1].**

Attached to the Motion to Continue is a Waiver of Speedy

---

[1] The Court further finds that any delay resulting from this continuance is excludable for Speedy Trial Act purposes pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

Trial signed by Defendant and Mr. Madden.

The Clerk is **DIRECTED** to refer this action to Judge Cassady for his review and the scheduling of another pretrial conference.

DONE this 14th day of October, 2009.

<pre>
                         s/BERT W. MILLING, JR.
                         UNITED STATES MAGISTRATE JUDGE
</pre>