IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | CRIMINAL NO.   09-000186-WS |
| | * | |
| **JACQUES MONSIEUR** | * | |

## ORDER

This cause is before the Court on the United States' and defendant, Jacques Monsieur's Motion to Produce Defendant. In this motion, the United States and the defendant request an order of this Court directing the U.S. Marshal Service to transport Defendant from his place of incarceration to Room 438, at the United States Courthouse in Mobile, Alabama, for an interview and plea negotiations.

Upon consideration of all matters presented, the motion is **GRANTED**. The U.S. Marshals Service is hereby **ORDERED** to produce the defendant to Room 438, of the United States Courthouse in Mobile, Alabama on November 9, 2009, at 1:30 p.m., for the purpose of an interview and plea negotiations which takes into account, not only the convenience of the parties, but the logistical and security concerns of the U.S. Marshals Service.

**DONE** and **ORDERED** this   6th   day of  November  , 2009.

s/WILLIAM E. CASSADY
UNITED STATES MAGISTRATE JUDGE