IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA           :

vs.                                : CRIMINAL NO. 09-0186-WS

JACQUES MONSIEUR                   :

## ORDER

The criminal pretrial conference, presently scheduled in this case for November 10, 2009 (Doc. 45; *see also* Docs. 47-48), is hereby **RESCHEDULED** for, and shall take place instead, on November 16, 2009, at **10:00 a.m.,** Courtroom 3A, United States Courthouse, Mobile, Alabama. The Marshal's Service is instructed to produce the defendant for the final pretrial conference.

**DONE** and **ORDERED** this the 9th day of November, 2009.

  s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**