# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

## ORDER TO PRODUCE PRISONER

TO:  The United States Marshal or
     any of his deputies:

You are directed to produce the following named prisoner(s) before United States Magistrate Judge William E. Cassady for a pretrial conference on Mon**day, November 16, 2009,** at **10:00 a.m.**, in Courtroom 3A, United States District Courthouse, Mobile, Alabama:  **JACQUES MONSIEUR**.

                      WILLIAM E. CASSADY
                      UNITED STATES MAGISTRATE JUDGE


                      By:   /s/Edwina E. Crawford
                            Deputy Clerk

DATE:   November 10, 2009