**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

UNITED STATES OF AMERICA         :

VS.                              : CRIMINAL NO. 09-00186-WS

JACQUES MONSIEUR                 :

PRETRIAL CONFERENCE ORDER

The Court has been notified that the defendant is desirous of entering a guilty plea to **Count 1 of the Indictment/Superseding Indictment**. Accordingly, it is ORDERED that the parties appear before United States District Judge William H. Steele for the purpose of participating in a guilty plea hearing, pursuant to Fed.R.Cr.P. 11, on **November 23, 2009, at 2:30 p.m.** If the defendant is in custody, the U. S. Marshal is DIRECTED to produce the defendant at that time. Counsel have been instructed to file a written acknowledgment[1] of their consent to waive the opportunity to have this case scheduled for trial during the **December, 2009, criminal term.**

DONE and ORDERED this 16th day of November, 2009.

s/WILLIAM E. CASSADY
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties may utilize either a "Notice of Intent to Plead Guilty" or a "Plea Agreement", executed by the defendant and at least one attorney for each party to record their request for a guilty plea hearing rather than a trial setting. Plea Agreements MUST BE FILED **ONE FULL DAY PRIOR TO THE DAY OF THE PLEA**.