# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIMINAL NO. 09-00186-WS |
| | ) |
| JACQUES MONSIEUR, | ) |
| **Defendant** | |

## ORDER ON GUILTY PLEA

On **November 23, 2009**, Defendant appeared with counsel, **Arthur Madden**, and entered a plea of guilty to Count(s) **One** of the **Indictment**, charging the offense(s) of **conspiracy to export merchandise from the United States**. The Government was represented by **Greg Bordenkircher** and the hearing was recorded by court reporter, **Mary France Giattina**.

Defendant's guilty plea was accepted and Defendant was found guilty as charged.

The following is ORDERED:

Defendant shall appear for sentencing on **Monday, June 21, 2010** at **10:00 a.m.** in Courtroom **2A**, U. S. Courthouse, Mobile, Alabama.

The presentence investigation report shall be completed by U. S. Probation and disclosed to the parties on or before **May 17, 2010**.

On or before **June 7, 2010**, the parties shall each file a "Position of (United States) (Defendant) with Respect to Sentencing Factors" in accordance with this Court's Standing Order Number Five. All other requirements and deadlines of that Standing Order shall be strictly observed and enforced.

Pending sentencing, Defendant shall:

( )  remain on conditions of release

(X)  remain in custody.

( )  be remanded to custody.

**DONE** and **ORDERED** this **25th day of November, 2009.**

                                            s/WILLIAM H. STEELE
                                            UNITED STATES DISTRICT JUDGE