IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CRIMINAL NO. 09-000186 |
| | * | |
| **JACQUES MONSIEUR** | * | |

### POSITION OF UNITED STATES WITH RESPECT TO SENTENCING FACTORS

Comes now the United States of America, in accordance with the Standing Order of this Court dated December 23, 2003, and files herein its response to the Presentence Report prepared by the United States Probation Office of this District on May 13, 2010. The United States has no objections to the Report, including the application of the sentencing guidelines by the Probation Office.

Respectfully submitted,

KENYEN R. BROWN
UNITED STATES ATTORNEY
By:
*s/Gregory A. Bordenkircher*
Gregory A. Bordenkircher (bordg3301)
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama  36602
Telephone:  (251) 415-7102
Fax:  (251) 441-5131

### CERTIFICATE OF SERVICE

I certify that, on July 8, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for defendant, as well as the United States Probation Office.

*s/Gregory A. Bordenkircher*
Gregory A. Bordenkircher
Assistant United States Attorney