IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| VS. | )   CRIMINAL NO. 09-00186-WS |
| Jacques Monsieur | ) |
| Defendant(s). | ) |

### NOTICE OF NON-APPEAL

I have been advised by the Court, and by my attorney, of my right to appeal my conviction and sentence. I have consulted with my attorney, who has explained the advantages and disadvantages of taking an appeal. I have had sufficient time to consider my options, and require no further explanation. After consideration, it is my desire to inform the Court that I do not wish to take an appeal.

_9/22/10_  
Date

_[signature]_  
Signature of Defendant

I affirm that, as counsel for the Defendant, I have fully advised my client of the advantages and disadvantages of an appeal, given the facts and circumstances of this case, its procedural history, and the sentence imposed. I have had sufficient time to consult with my client to determine whether my client's decision is knowing and voluntary. It is my opinion that my client's decision to take no appeal is both knowing and voluntary.

_9/22/10_  
Date

_[signature]_  
Signature of Counsel for Defendant